John R. Yates, Esq. (State Bar No. 120344)
YATES LITIGATION
jyates@yateslitigation.com
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 381-5891
Email: jyates@yateslitigation.com

Attorneys for Plaintiff
Levendis Entertainment, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Levendis Entertainment, LLC<br><br>        Plaintiff,<br><br>v.<br><br>Aegean Entertainment, a business entity form unknown; Marianne Metropoulos, an individual; Phaedra Films, LLC; Freedom Film Partners, LLC; and Does 1 through 20, inclusive,<br><br>        Defendants. | CASE NO.:<br><br>**Complaint For Damages And Other Relief For Copyright Infringement (17 U.S.C. §§101 *et seq.*)**<br><br>**Demand For Jury Trial** |

Plaintiff Levendis Entertainment, LLC ("plaintiff" or "Levendis") for its claims for relief alleges as follows:

## JURISDICTION AND VENUE

1.    This Court has federal question jurisdiction under 28 U.S.C. §§1331 and 1338(a).

2.    The claims asserted by Levendis in this complaint arose in this judicial district.

3.    Venue in this judicial district is proper under 28 U.S.C. §§1391(b)(2), in that a substantial part of the events or omissions giving rise to plaintiff's claim

occurred in this district. Among other events, access to and infringement of plaintiff's script occurred in this district, and defendants collectively are actively promoting a film, Cliffs of Freedom, apparently derived from their infringing script, in this district, both directly and under the auspices of the Los Angeles Greek Film Festival, which was formed and operates within this district. Venue in this judicial district is proper under 28 U.S.C. §§1391(b)(1), as defendant Marianne Metropoulos resides in this district.

4.    This is an action for copyright infringement under the Copyright Act, Title 17 U.S.C. §§101 *et seq.*, seeking damages, attorneys' fees, preliminary and permanent injunctive relief and an accounting, as well as other relief based upon defendants' copying of original elements of plaintiff's copyrighted script, Sons of Chaos, without plaintiff's permission.

## THE PARTIES

5.    Plaintiff Levendis Entertainment, LLC is a New York limited liability corporation of which Mr. Nick Lambrou ("Lambrou") is the principal. Levendis owns by assignment the copyright to a script titled Sons of Chaos ("Sons"), prepared in this district by writer Chris Jaymes under contract with Levendis. Sons is set in the context of the Greek Revolution of 1821 against rule by the Ottoman Empire. Jaymes obtained U.S. copyright registration PAu003544114 for Sons on February 21, 2011. A copy of the registration information printed from the official website of the U.S. Copyright Office is attached to this complaint as Exhibit A. Two shorter versions of Sons were prepared by Jaymes in 2012 and separately registered with the U.S. Copyright Office in 2017. The two shorter versions are nearly identical to each other, and each contains, substantially unchanged, the principal scenes, themes and events that are contained in the longer version registered in February 2011 and protected by that registration.

6.    Defendant Marianne Metropoulos ("Metropoulos") is the principal of defendant Aegean Entertainment. Metropoulos maintains home in this district at 917

North Crescent Drive (since 2003) and 1220 Laurel Way (since 2013), both of which are in Beverly Hills, California 90210.

7.     Defendant Aegean does business at 190 North Cañon Drive, Beverly Hills, California 90210. On information and belief, Metropoulos is the Producer/Principle of Aegean, and operates Aegean in this district for the specific purpose of producing and promoting feature length films, including but not limited to the not yet released film titled Cliffs of Freedom which, like Sons, is also set in the context of the Greek Revolution of 1821. In June 2017, the Los Angeles Greek Film Festival, the Advisory Board of which Metropoulos is or was a prominent member, convened an "Actor's Panel" to discuss the challenges in performing and shooting this film.

8.     On information and belief, defendant Phaedra Films, LLC ("Phaedra") is a Delaware corporation with headquarters in Greenwich, Connecticut.

9.     On information and belief, defendant Freedom Film Partners, LLC ("Freedom") is a Delaware corporation.

10.     Plaintiff is unaware of the true names and exact capacities of the defendants sued herein as Does 1 through 20, inclusive, and therefore sues said defendants by such fictitious names.  Plaintiff will seek leave to amend this complaint to show the true names and capacities of Does 1 through 20 when the same have been ascertained.

11.     On information and belief, Plaintiff alleges that at all relevant times, defendants Aegean, Metropoulos, Phaedra, Freedom, Does 1 through 20, and each of them individually, were the agents, servants, employees and/or co-conspirators of each of the remaining defendants, and in doing the acts herein alleged, each was acting within the course and scope of said agency, employment, or conspiracy. Plaintiff further alleges on information and belief that defendants Aegean, Metropoulos, Phaedra, Freedom, Does 1 through 20, and each of them individually are legally responsible for the damages to plaintiff alleged herein.

Yates Litigation

## THE INFRINGING AND INFRINGED WORKS

### A. The Cliffs of Freedom Copyrights

12.     Metropoulos obtained a copyright for a work titled The Cliffs of Freedom on June 28, 2012, which received registration number TXu001817007. A copy of the registration information printed from the official website of the U.S. Copyright Office is attached to this complaint as Exhibit B. On information and belief, the initially copyrighted work is a short story, possibly based on an earlier work registered by Metropoulos in 2007, titled Daughter of Destiny: Anna Christina, registration number PAu003116886.

13.     On information and belief, Metropoulos transferred her 2012 copyright for Cliffs of Freedom to defendants Phaedra and Freedom, for the specific purpose of developing her copyrighted short story into a script for a feature length film. On information and belief, such transfer and development occurred after the conclusion of the 2014 Los Angeles Greek Film Festival. Ultimately, the script developed was registered with the U.S. Copyright Office on October 11, 2016 by Phaedra under the title Cliffs of Freedom, and assigned registration number PAu003806897. Freedom and Aegean are identified of the authors of the script. A copy of the registration information printed from the official website of the U.S. Copyright Office is attached to this complaint as Exhibit C.

14.     Shortly after Phaedra obtained its copyright, the New Mexico Film Office announced that the filming of a movie based on the script was set to begin in New Mexico.

### B. Defendants' Access to Plaintiff's Copyrighted Script for Sons of Chaos

15.     Early in 2014, Lambrou submitted a short version of the Sons script copyrighted in 2011 to the Project Discovery Forum for the Los Angeles Greek Film Festival ("LAGFF"). On information and belief, all scripts submitted were reviewed by script readers, who summarized their story lines and other salient features, and distributed the summaries to judges and members of the LAGFF Advisory Board. In

COMPLAINT FOR COPYRIGHT INFRINGEMENT

2014, Metropoulos was a prominent member of the LAGFF Advisory Board and, on information and belief, reviewed the summaries of the scripts submitted, including the summary of the Sons short version script. Billy Zane was also a member of the LAGFF Advisory Board at the time, and on information and belief, reviewed the summaries of the scripts submitted, including the summary of the Sons short version script. Zane appears in the not yet released film Cliffs of Freedom based on the Cliffs of Freedom script copyrighted by Phaedra in October 2016. Sons was not chosen as a project that would be developed through the LAGFF.

16.     In 2014, a short time after Sons was turned down by the LAGFF, Chris Jaymes emailed a copy of the Sons short version script to a select group of friends in the film industry, including Tai Duncan, an experienced movie producer. Soon after, Duncan called Jaymes and told him that Metropoulos had been in contact with Duncan regarding turning her short story about the Greek revolution of 1821, Cliffs of Freedom, into a feature film about the revolution. Plaintiff has no information at present concerning Duncan's further involvement with Metropoulos on the project.

17.     Bill Avramis ("Avramis") is a life-long family friend of Lambrou (over 40 years). After a long career in commercial real estate, Avramis in the last several years has been spending more time in Naples, Florida, where he became friends with Evangelos (Vangeli) Metropoulos, the brother of C. Dean Metropoulos, husband of Marianne Metropoulos. Avramis was set to be an investor in Sons of Chaos, and had copies of the script plus an early Graphic novel based on the script. Avramis spoke to Evangelos Metropoulos about the script in general terms, and may have given copies of the script and the graphic novel to Evangelos.

18.     Metropoulos hired Van Ling, who was the writer of the Cliffs of Freedom script copyrighted in October 2016 ("the Cliffs 2016 script"), to develop her short story into a script. On information and belief, Metropoulos provided Van Ling with, at least, the script summary of Sons of Chaos she had obtained via the LAGFF. The Cliffs 2016 script uses numerous significant original aspects of the copyrighted

Sons script, also found in the Sons short version scripts, to turn Metropoulos's short story into a script upon which a feature length film could be based.

### C. The Similarities Between the Sons 2011 Script and the Cliffs 2016 script

#### 1. Setting

19.    Both the Sons 2011 script and its short version, and the Cliffs 2016 script, are set in the context of the Greek Revolution of 1821 against rule by the Ottoman Empire. Plaintiff has done substantial research to determine whether there have been previous films produced in the United States concerning the same historical event, and found none existing. Moreover, according to the official website of the LAGFF, in all the years of its existence it has shown no film at its annual festival, produced in any country, which has as its subject matter the Greek Revolution of 1821. Yet, soon after the short version of the Sons 2011 script was submitted to and rejected by the LAGFF, Advisory Board member Metropoulos who, on information and belief, had access to, at least, a summary of the short version Sons 2011 script, sought to develop into a script and film a short story that she had written several years earlier. That still unreleased film, Cliffs of Freedom, based on the Cliffs 2016 script, is now the sole film in U.S. cinematic history set in the context of the Greek Revolution of 1821.

#### 2. Plot and Sequence of Events

20.    Sons' short and long versions, and the Cliffs 2016 script, feature a similar set of key events. In broad terms, these key events are: (a) the execution of Patriarch Gregory V by the Ottoman Sultan; (b) slaughter of Greeks by the Ottoman Turks or their agents, with child survivors witnessing the death of a close relative; (c) each child survivor coming of age and becoming a Greek freedom fighter and leader of the Revolution; (d) the child survivor as freedom fighter killing the principal villain and perishing in battle soon thereafter; (e) the taking of a fortress by Greek freedom fighters; (f) a Zalongo scene; (g) an impossible love story between the adult child survivor and a person who cannot possibly become their lover; and (h) the heroic

Yates Litigation

death of the principal protagonist on the Greek side in a major battle with the Turks. Plaintiff is informed and believes that it is quite possible to tell the story of the Greek Revolution without including any of these events, and concentrating solely on others, such as several centuries of economic and political subjection of the Greek people as a whole, as a disadvantaged and resource poor region of the Ottoman Empire, and the ebb and flow of the Greek revolution over its entire nine year duration. Yet, each of the plot events identified appears in both the Cliffs 2016 script, and the short and long versions of Sons, in a similar order and for a similar purpose.

21.    Sons opens with a short scene showing Greek Patriarch Gregory V of Constantinople being hung from the central portal of the Patriarchate by the Ottoman Turks, and his body being dragged through the streets. Historically, this event happened on Easter Monday (April 10) of 1821, and was the Ottoman Sultan's response to the Greek declaration of independence just two weeks earlier. The mention of the execution of the Patriarch also appears in the Cliffs 2016 script as the Greek rebels are massing in the mountains near the Ottoman fortress of Tripolitsa. In both scripts, the reference is brief, serves as a motivator for the rebellion and the rebels, and serves to let the reader understand the motivation of the Greeks.

22.    Early in Sons, a village of Greek Suliotes is slaughtered by the soldiers of Ali Pasha, the most powerful Ottoman regional governor of the Empire, led by Ali Pasha's son Mukhtar. The child survivor, Marcos, witnesses not only the general carnage, but also the beheading of his mother Thalassa at the command of Mukhtar. The Cliffs 2016 script opens with a similar massacre of the Greeks of Levendi village by Ottoman soldiers commanded by officers Tariq Burakgazi ("Tariq") and Sunal Demir ("Sunal"). The child survivor, Anna Christina, witnesses the death of her aunt Christina Kanelos, who jumps to her death from a high cliff rather than be captured by the Turks. The plots of both Sons and the Cliffs 2016 script develop directly from these substantially identical massacre events, even though neither of them is necessary to a script or film about the revolution of 1821.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

23.    A decade after witnessing the slaughter of their people at the hand of the Turks, both Marcos and Anna Christina (fighting under the name "Christina" in honor of her dead aunt) have become leaders of the Greek revolution. Both survive many skirmishes and battles, and exhibit almost superhuman martial powers in their slaying of Turks, which make them legends among the rebels. Ultimately, Marcos kills both Mukhtar and Ali Pasha, and Christina kills Sunal. Both die heroic deaths in battle shortly after their personal vengeance has been completed.

24.    In Sons, the fortress of Ali Pasha in Ioannina is overrun by Greek rebels very near the end of the script, with the rebels also massing for the Battle of Mesolonghi, which featured a Turkish army's arrival at Mesolonghi via naval vessels. Similarly, the Cliffs 2016 script features the Greek rebels' taking of the Ottoman garrison fortress at Tripolitsa as its concluding event, and references briefly a naval battle between the Turkish navy and European naval vessels not further identified. Historically, Tripolitsa fell on September 11, 1821, Ali Pasha's fortress was captured early in January 1822, and the Greek revolution continued for an additional 8 years after these events. Yet, both Sons and the Cliffs 2016 script have the same terminal point, as well as the same temporal starting point.

25.    The Cliffs 2016 script opens with the dance of Zalongo, which according to legend occurred in 1803, rather than 1809. Approximately 60 Suliote women and their children were trapped by the Turks at the edge of the high cliff at Zalongo. Rather than submit to capture, they held hands, danced a Greek folk dance, and one by one leapt from the cliff with their children. Sons also includes a Zalongo scene in its opening sequences. Thus, both scripts introduce the story with an event that occurred many years before the Greek revolution of 1821 in fact began, and which is considered more a legend than historical fact.

26.    A key plot element of both Sons and the Cliffs 2016 script is a love story between individuals who can never be together. In the Cliffs 2016 script, the Turkish officer Tariq is smitten by Anna Christina, but of course they cannot be together due

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Yates Litigation

to the hostilities between Greek and Turk, conquered and conqueror. In Sons, the story of impossible love features Marcos, a Greek, and Eleni, who early in the story is compelled to become the wife of Ali Pasha's son Mukhtar, and remains forever unobtainable by Marcos.

27.     Just before Sons' concluding battle begins, Marcos walks alone onto the battlefield at Mesolonghi in the face of a large Turkish Army. He turns to briefly address the rebel army, and then turns again to face the Turks, whereupon the rebels chant in unison FREEDOM OR DEATH!, and engage the Turkish forces. In the Cliffs 2016 script, Anna Christina is chosen by rebel General Koloktronis to read a message from Bishop Germanos, to the effect that all Greeks must fight the Turks now, before there are so few Greeks that rebellion will be impossible. As in Sons, the assembled rebel army begins to shout in unison FREEDOM OR DEATH!, and the following morning the battle with the Turks at Valtetsi, just outside Tripolitsa, begins.

28.     There are still other interesting similarities between Sons and the Cliffs 2016 script. Both feature an object with great personal symbolic significance to the principal Greek character. In Sons, the object is Thalassa's amulet, which she was wearing when beheaded. Thereafter, Marcos is able to recover the amulet via Eleni. In the Cliffs 2016 script, the object is Christina Kanelos's black scarf that she was wearing prior to her suicide leap from the cliff, and which Anna Christina wears after she joins the Greek rebels. The scarf passes to Tariq upon Anna Christina's death, who later returns it to Anna Christina's surviving relatives after several decades.

29.     Both scripts include a scene in which an "insider" secures the escape of a principal character. In Sons it is Eleni, who effectively is a prisoner at Ali Pasha's fortress, who assists Marcos in escaping from a decade of captivity. In the Cliffs 2016 script, Tariq enables Demetri, Anna Christina's nephew and a Greek rebel, to escape from imprisonment and torture by the Turks.

30.     Both scripts feature scenes in which the Ottoman side offers terms of surrender, or a treaty, which is refused by the Greek side. In the revolution as it

occurred, the Turkish side is not known to have offered any treaties or peace terms until approximately 1830, when the European powers that intervened in the war compelled negotiations between the combatants.

31.     Both scripts feature a historically contraindicated "Good Turk." In Sons, the Good Turk is Ibrahim Pasha, a regional Ottoman official subordinate to Ali Pasha. Ibrahim Pasha shelters Marcos after his escape from Ali Pasha's palace, and his son, Ismael, then provides military training to Marcos. In the historical revolution, Egyptian forces led by Ibrahim Pasha put the Greek revolution into serious danger of failing by invading the Greek peninsula in 1825. In the Cliffs 2016 script, the Good Turk is Tariq, an Ottoman officer who befriends Anna Christina, a Greek peasant girl. Such an event is certainly unlikely to have ever occurred, due to differences in social class, and to the arrogance that always characterizes the conqueror in relationships with the conquered – exemplified in the Cliffs 2016 script by the Mustapha Bey and Sunal characters. Additionally, given the historical record of Turkish atrocities against the Greeks, and of Greek atrocities against Turkish and other non-Greek populations in the Greek peninsula, Tariq the Good Turk would never have existed. In real life, the Ottoman officer would likely have had Anna Christina brought to his quarters and then raped her, at which point the love story would have ended.

32.     Both scripts feature scenes in which a principal Ottoman-identified character, Ali Pasha in Sons and Tariq in the Cliffs 2016 script, hands a deadly weapon to a principal Greek character, Kitsos in Sons and Anna Christina in the Cliffs 2016 script, and invites the Greek character to use it then and there against them.

33.     Both scripts feature the killing of a supporting character by mistake. In Sons, Marcos kills his father Kitsos, not realizing who it is, when Kitsos is attacking Marcos's best friend and fellow rebel Photo. In the Cliffs 2016 script, Anna Christina kills Thannasi, the Greek mentor of Tariq, by mistake when he is delivering to her a message from Tariq.

34.     The plot similarities between Sons and the Cliffs 2016 script, down to the specific scenes described above, are striking in light of the many alternatives available, and in light of the actual historical record of the revolution. The Cliffs 2016 script could have begun with the hanging of former Patriarch Cyril VI instead then current Patriarch Gregory V. The Cliffs 2016 script could have begun with a scene of Bishop Germanos blessing a huge Greek flag at his monastery in Peloponnesia, and declaring Greek independence and the start of the revolution. The Cliffs 2016 script could have opened with a scene of Ottoman tax collectors ransacking a Greek village for payment, while humiliating the inhabitants. The Cliffs 2016 script could have featured any of multiple Turkish massacres of Greeks after revolution was declared rather than before, or eschewed massacre scenes entirely to focus instead on the guerilla war of the Greeks against isolated Turkish outposts. The Cliffs 2016 script could have highlighted the decisive Battle of Dervenakia in July 1822, which saved the revolution. The Cliffs 2016 script could have featured a love story that was not impossible, perhaps between Anna Christina and one of the many rebel Greek Generals of the time, or between Marcos and a female rebel character, or a girl from his village. The Cliffs 2016 script could have developed the entire story around a rebellion sparked by onerous taxation, as in the Indian film *Lagaan.* The Cliffs 2016 script could have focused on the tragedy of the Revolution, by including the two civil wars that occurred during the Revolution as part of the story. Yet the Cliffs 2016 script features none of these choices, and instead mimics the plot and the plot structure of Sons.

### 3. Themes

35.     Sons and the Cliffs 2016 script also feature three major and identical themes that are each key drivers of the plot.

36.     Vengeance is critical motivator for both sides in both scripts. Marcos and Anna Christina are motivated by the idea of exacting vengeance for the murder of their families by the Turks. Ali Pasha and Sunal are motivated by their desire to

COMPLAINT FOR COPYRIGHT INFRINGEMENT

avenge the rape of their respective mothers by Greeks. While vengeance *per se* is a frequent theme in literary works, here the vengeance to be taken is for identical reasons by characters playing parallel roles in the two scripts.

37.     Impossible love, already touched upon, is also a strong thematic element of both Sons and the Cliffs 2016 script, and the love is impossible in both for essentially identical reasons.

38.     Betrayal is another major theme common to Sons and to the Cliffs 2016 script. In Sons, Ali Pasha betrays Marcos's father Kitsos, leading to the massacre of the Suliotes, including Marcos's mother Thalassa. In the Cliffs 2016 script, Christo, a Greek who serves as a tax collector for the Ottomans, reports Anna Christina's father as a rebel to the Turks, resulting in the massacre of most of her family, and later putting Anna Christina in great danger.

### 4. Characters

39.     While the individual characters in both Sons and the Cliffs 2016 script are generally in the same categories, such as mother, father, son, daughter, hero, villain, Bad Turk, Good Turk, Greek, or traitor, such archetypes are common in literary works. What is far less common are parallel pairs of characters in the same relationship. Both Sons and the Cliffs 2016 script feature parallel pairs of characters, each having the same relationship in each work. There are three parent - child pairs: Ali Pasha/Mukhtar and Kitsos/Marcos in Sons, and Constantine/Varvara and Anna Christina in the Cliffs 2016 script. There are two best friend pairs: Marcos and Photo, and Sunal and Tariq. There are two child and adult victim pairs: Marcos and Thalassa, and Anna Christina and Christina. There are two love story pairs: Marcos and Eleni, and Anna Christina and Tariq, and the female side of the love story dies in both Sons and the Cliffs 2016 script.

40.     Certain of the individual characters exhibit similar traits as well. Sunal in the Cliffs 2016 script and both Ali Pasha and Mukhtar in Sons exhibit a taste for sadistic killing of Greeks. In Sons, Marcos must prove himself a leader after a

Yates Litigation

childhood and adolescence marked by the absence of a desire to lead and poor military and fighting skills. In the Cliffs 2016 script Sunal – in whose veins flow Greek blood due to his mother's rape by Greeks -- is constantly seeking to prove himself to be the equal of any pureblooded Turk. He does so by exhibiting loyalty to the Ottoman Empire and zealously following the current orders to the Janissary Corps, of which he is part. Both Marcos and Anna Christina exhibit, once they are firmly committed to becoming part of the Greek revolutionary army, a superhuman military prowess in a series of skirmishes with the Turkish forces before both finally arrive at their last battle, with their heroic deaths inspiring the Greek rebel army to victory.

### 5. Mood

41.     Sons and the Cliffs 2016 script each have a dark and desperate mood. Death, defeat, captivity or betrayal can come at any time for any Greek of the era, and rather than changing that, the Revolution of 1821 intensifies it. In both scripts, massacres, beheadings, throat-slittings, and evisceration in combat are the norm. The stars – Marcos in Sons and Anna Christina in the Cliffs 2016 script – die at the end. Each script makes clear that there is much more bloodshed looming, by referencing future battles in their final scenes.

### 6. Pace

42.     Sons and the Cliffs 2016 script are both fast-paced, and both achieve that effect by the use of very frequent cutaways. By that technique, Sons develops events at Ali Pasha's palace and court simultaneously with stories of Ali's massacres of Greeks, the development of Marcos into a leader of the rebels, and the beginning of the revolution. Similarly, the Cliffs 2016 script simultaneously develops its story lines by frequent cutaways from the Ottoman fortress at Tripolitsa or the military activities of Tariq and Sunal, to the Greek village of Valtetsi and later, to the rebel encampments in the hills.

### 7. Dialogue

43.    In both Sons and the Cliffs 2016 script, the dialogue is appropriate for the Turkish characters when they are speaking with each other. Ali Pasha speaks as one would expect to his subordinates. Tariq, Sunal and Mustapha Bey have conversations one would expect among Turkish military officers tasked with suppressing rebellious Greeks. Additionally, except for Tariq, all of the Turkish characters in both scripts -- Ali Pasha, Sunal, Mukhtar, and Mustapha Bey – exhibit a sarcastic and sneering arrogance when speaking to their inferiors, who are often but not always Greeks.

44.    Conversely, in both scripts the dialogue of the Greek characters is not what one would expect from isolated and illiterate Greek peasants, but is much more elegant and refined. In Sons, for some reason Marcos at age 12 can read, and reads Homer's <u>Odyssey</u> aloud at the request of his sister – all this in a remote and isolated village which certainly had no school. Marcos's voiceovers also wax far too eloquently for an uneducated peasant from the hinterlands of Albania-adjacent Greece, which is where Ioaninna is located. For example, in the opening scenes, Marcos's voiceover is:

> "I stand in a position that no man could predetermine or dare
> to comprehend. And yet, I accept fate as that of a man – who cannot
> be allowed to lie restfully – beside the woman who has kept him
> living up to now. For this I know to be true, and for this I will relish
> within each remaining breath that my body breathes . . . knowing that
> your skin may have pressed against the air that now invades my being.
> I pray that in sleep… we may one day meet again. Yours, eternally,
> Marcos."

45.    The Cliffs 2016 script has a similar unexpected refinement on the Greek side. For example, as a rebel warrior, Anna Christina begins a practice of wiping her scythe with a white cloth to cleanse it of her Turk victim's blood, and "marking" the Turk. One such incident is recounted below:

Yates Litigation

Yates Litigation

. . . As her glittering gaze burns into the captured Turk, she tears away a piece of her skirt, wiping the blood from her sickle into a cross on the cloth and tying it to his wrist.

CHRISTINA

With this sign I mark thee dead. . . may it carry you to

your final judgment.

The Turk's eyes widen in superstitious fear.

CHRISTINA

Do you know the Janissary Captain, Sunal?

He nods, terrified.

CHRISTINA

Then you will carry this message to him: I am the

daughter of Constantine Vakrinos. By calling me a

rebel, he has made me one. I will hunt until it is HIS

blood that I wipe from my blade.

46.     Like the Marcos character in Sons, the Anna Christina character in The Cliffs 2016 script exercises speech and symbolic powers far beyond those likely for a Greek peasant girl of 1821, especially from a tiny village like Valtetsi, which at the time likely numbered no more than a few hundred inhabitants, and which had a subsistence economy based on livestock raising well into the twentieth century.

**FIRST CLAIM FOR RELIEF**

**(Copyright Infringement – 17 U.S.C. §§101 *et seq.*)**

**(Against Defendants Phaedra Films, LLC, Aegean Entertainment, Freedom Films, LLC, Marianne Metropoulos, and Does 1 through 10)**

47.     Plaintiff incorporates by this reference the allegations of paragraphs 1 through 46, above, as if set forth in full.

48.     The Cliffs 2016 script includes substantial protectible features of plaintiff's Sons of Chaos, and as such infringes plaintiff's exclusive right to copy,

distribute, and make derivative works from Sons of Chaos pursuant to 17 U.S.C. §§106(1), (2) and (3). Freedom and Aegean authored the script, and Phaedra is the current copyright owner by assignment.

49.     On information and belief, defendants Phaedra, Aegean, Freedom, Metropoulos, and Does 1 through 10's infringing actions were carried out by these defendants willfully, with the full knowledge that Sons of Chaos is protected by copyright, that the copyright was owned by persons other than defendants, and that defendants' infringing actions were unlawful.

50.     Plaintiff has been irreparably harmed by the unlawful infringing actions of defendants as described above, and is therefore entitled to preliminary and permanent injunctive relief to prevent defendants from engaging in the same unlawful actions in the future.

51.     Plaintiff has been damaged by the actions of defendants as described above, and is therefore entitled to statutory damages or to recovery of all profits earned by defendants from infringement, at the election of plaintiff.

## SECOND CLAIM FOR RELIEF

### (Contributory Copyright Infringement – 17 U.S.C. §§101 et seq.)

### (Against Defendants Aegean Entertainment, Marianne Metropoulos, Freedom Film Partners, LLC and Does 8 through 20)

52.     Plaintiff incorporates by this reference the allegations of paragraphs 1 through 51, above, as if set forth in full.

53.     On information and belief, defendants Aegean Entertainment, Marianne Metropoulos, Freedom Film Partners, LLC and Does 8 through 20 knew or had reason to know of the direct copyright infringement of defendants Phaedra and Does 1 through 10, and materially contributed to Phaedra, Aegean, Freedom, Metropoulos and Does 1 through 10's infringing conduct by assigning one or more copyrights to these defendants, funding the creation of the infringing 2016 Cliffs script, financing and promoting the production of a derivative work consisting of the still unreleased

Yates Litigation

film Cliffs of Freedom which is highly likely to also infringe the Sons of Chaos scripts, and then agreeing to share the profits of the infringing activity.

54.     On information and belief, defendants Aegean Entertainment, Marianne Metropoulos, Freedom Film Partners, LLC and Does 8 through 20's infringing actions were carried out by these defendants willfully, with the full knowledge that Sons of Chaos is protected by copyright, that the copyright was owned by persons other than defendants, and that defendants' infringing actions were unlawful.

## THIRD CLAIM FOR RELIEF

### (Vicarious Copyright Infringement – 17 U.S.C. §§101 et seq.)

### (Against Defendants Aegean Entertainment, Marianne Metropoulos, Freedom Film Partners, LLC and Does 8 through 20)

55.     Plaintiff incorporates by this reference the allegations of paragraphs 1 through 51, above, as if set forth in full.

56.     On information and belief, defendants Aegean Entertainment, Marianne Metropoulos, Freedom Film Partners, LLC and Does 8 through 20 will enjoy a direct financial benefit through distribution contracts and ticket sales of the Cliffs of Freedom film based on the infringing 2016 Cliffs script. On information and belief, these defendants also had the right and ability to supervise or control the infringing activity of the direct infringers, in that Aegean and Metropoulos function as the producers and promoters of the film, and on information and belief, both Metropoulos and Freedom finance and promote the film.

57.     On information and belief, defendants Aegean Entertainment, Marianne Metropoulos, Freedom Film Partners, LLC and Does 8 through 20's infringing actions were carried out by these defendants willfully, with the full knowledge that Sons of Chaos is protected by copyright, that the copyright was owned by persons other than defendants, and that defendants' infringing actions were unlawful.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff Levendis Entertainment, LLC prays for relief against defendants Aegean Entertainment, Marianne Metropoulos, Phaedra Films, LLC, Freedom Film Partners, LLC, Does 1 through 20, and each of them, as follows:

A.     For temporary, preliminary and permanent injunctive relief restraining defendants, their agents and employees, and all those acting in concert with them from copying, distributing, performing or making derivative works from plaintiff's copyrighted work Sons of Chaos without the permission of plaintiff and without the payment of appropriate royalties and/or fees for such permission;

B.     For an order that all profits earned by defendant from infringement be disgorged and paid to plaintiff or for statutory damages, at the election of plaintiff;

C.     For a finding that defendants' infringement was willful, and that plaintiff is therefore entitled at plaintiff's election to enhanced statutory damages;

D.     For an order that defendants' pay plaintiff's attorneys' fees and costs incurred in prosecuting this action;

E.     For such other and further relief as the Court may deem just and proper.

DATED:  September 22, 2017          YATES LITIGATION

By:  _____
JOHN R. YATES
Attorneys for Plaintiff
Levendis Enterainment, LLC

Yates Litigation

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, plaintiff hereby demands a trial by jury as to all of plaintiff's claims for relief.

DATED:  September 22, 2017                    YATES LITIGATION

By: _____
    JOHN R. YATES
    Attorneys for Plaintiff
    Levendis Enterainment, LLC

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

# Exhibit A

```
Type of Work:      Dramatic Work and Music; or Choreography

Registration Number / Date:
                   PAu003544114 / 2011-02-21

Application Title: The Sons of Chaos.

Title:             The Sons of Chaos.

Description:       Electronic file (eService)

Copyright Claimant:
                   Christopher Jaymes, 1973-  .

Date of Creation:  2011

Authorship on Application:
                   Christopher Jaymes, 1973-  ;  Domicile: United States;
                      Citizenship: United States. Authorship: text.

Rights and Permissions:
                   Christopher Jaymes, chrisjaymes@gmail.com

Names:             Jaymes, Christopher, 1973-

===========================================================================
```

# Exhibit B



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Cliffs of Freedom
Search Results: Displaying 2 of 2 entries



Labeled View

### *Cliffs of Freedom.*

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu001817007 / 2012-06-28 |
| **Application Title:** | Cliffs of Freedom. |
| **Title:** | Cliffs of Freedom. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Marianne Metropoulos. Address: 200 Greenwich Avenue, Greenwich, CT, 06830, United States. |
| **Date of Creation:** | 2012 |
| **Authorship on Application:** | Marianne Metropoulos; Domicile: United States; Citizenship: United States. Authorship: text, compilation, editing. |
| **Rights and Permissions:** | Marianne Metropoulos, 200 Greenwich Avenue, Greenwich, CT, 06830, United States, (203) 629-6600, loriv@cdmetropoulos.com |
| **Names:** | Metropoulos, Marianne |



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Exhibit C



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Aegean Entertainment
Search Results: Displaying 2 of 2 entries



Labeled View

### *Cliffs of Freedom.*

|  |  |
|---|---|
| **Type of Work:** | Dramatic Work and Music; or Choreography |
| **Registration Number / Date:** | PAu003806897 / 2016-10-11 |
| **Application Title:** | Cliffs of Freedom. |
| **Title:** | Cliffs of Freedom. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Phaedra Films, LLC, Transfer: By written agreement. Address: 200 Greenwich Ave, Greenwich, CT, 06830, United States. |
| **Date of Creation:** | 2016 |
| **Authorship on Application:** | Aegean Entertainment, Inc., employer for hire. Authorship: text, script. |
|  | Freedom Film Partners, LLC, employer for hire. Authorship: text, script. |
| **Rights and Permissions:** | Casey Cannon, Phaedra Films LLC, 200 Greenwich Ave, Greenwich, CT, 06830, United States, (424) 241-8357, cc@rwpshow.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Aegean Entertainment, Inc. |
|  | Freedom Film Partners, LLC |
|  | Phaedra Films, LLC |





| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [ Full Record ▼ ] [ Format for Print/Save ] |
| Enter your email address: [ ] [ Email ] |

Help   Search   History   Titles   Start Over